Hall, Judge.
 

 I concur in the opinion given. I think it would be highly improper that every assault and battery upon a slave should be considered an indictable offence; because ihe person making it, might have matter of excuse or justification on his side, which could not be used as a defence for committing an assault and battery upon a free person. But w here an assault and battery is committed upon a slave without cause, lawful excuse, or without sufficient provocation, I think it
 
 *587
 
 aiafiíiatíj lo En indictable», offence. Much depends upon the, circumstances of the case when it batmen*; these , ‘ circumstances are- not set forth in this case, and 1 think it material that they should appear. 1 therefore think tin', judgment of the Court below should be reversed, and a new trial granted for that purpose.
 

 Hjbsídjsj&sojs-, Judge, csmcuiTetl.